| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>51614<br>Morton & Craig LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>Attorney for Ford Motor Credit Company, LLC<br>JM-5630 | **Order Filed on October 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>DOUGLAS W. MEADE<br>SUZANNE E. MEADE | Case No.: 19-23899<br><br>Adv. No.:<br><br>Hearing Date: 9/15/2020<br><br>Judge:  ABA |

**ORDER FOR MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES,
COUNSEL FEES, AND INSURANCE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 13, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor(s): Douglas & Suzanne Meade
Case No: 19-23899

Caption of Order: Order for monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company, LLC ("Ford"), with the appearance of Eric Clayman, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

ORDERED:

1. That Ford is the holder of a first purchase money security interest encumbering a 2013 Ford F150 bearing vehicle identification number 1FTFX1EF0DFB94881.
2. That the Debtors' account has post-petition arrears in the amount of $62.45 through August 2020.
3. That the Debtor is to cure the arrears set forth in paragraph two (2) above by making their regular monthly payment of $355.21 plus an additional $62.45 (total payment of $417.66) for September 2020.
4. That commencing September 2020, if the Debtors fail to make any payment to Ford within thirty (30) days after a payment falls due, Ford may file a Certification of Default with the Court and serve it on the Debtors, their attorney, and the chapter 13 trustee.
5. That the Debtors must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Ford Motor Credit Company must be listed as loss payee. If the Debtors fail to maintain valid insurance on the vehicle, Ford may file a Certification that insurance has lapsed and serving such Certification on the Debtors, their attorney, and the chapter 13 trustee.
6. That the Debtors are to pay a counsel fee of $531.00 to Ford Motor Credit Company through their chapter 13 plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 19-23899-ABA

Douglas W. Meade                                                                                 Chapter 13

Suzanne E. Meade

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 13, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

**Recip ID        Recipient Name and Address**
db/jdb           + Douglas W. Meade, Suzanne E. Meade, 44 Democrat Road, Mickleton, NJ 08056-1104

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID     Bypass Reason    Name and Address**
jdb           *+               Suzanne E. Meade, 44 Democrat Road, Mickleton, NJ 08056-1104

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2020                             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:

**Name**              **Email Address**

David Nigro
    on behalf of Debtor Douglas W. Meade jenkins.clayman@verizon.net

David Nigro
    on behalf of Joint Debtor Suzanne E. Meade jenkins.clayman@verizon.net

Denise E. Carlon
    on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Eric Clayman
    on behalf of Joint Debtor Suzanne E. Meade jenkins.clayman@verizon.net  connor@jenkinsclayman.com

District/off: 0312-1  User: admin  Page 2 of 2
Date Rcvd: Oct 13, 2020  Form ID: pdf903  Total Noticed: 1

| | |
|---|---|
| Eric Clayman | on behalf of Debtor Douglas W. Meade jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor M&T Bank jdevine@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Ford Motor Credit Company LLC mortoncraigecf@gmail.com mortoncraigecf@gmail.com |

TOTAL: 12