UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

Order Filed on November 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

 Douglas & Suzanne Meade
debtors

Case No.: 19-23899

Chapter: 13

Hearing Date:

Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: November 10, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $624.00  for services rendered and expenses in the amount of $ 9.76  for a total of  $ 633.76.   The allowance is payable:

    X    through the Chapter 13 plan as an administrative priority.

    ____ outside the plan.

The debtor's monthly plan is modified to require a payment of  $  2056.00    per month for   45  months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-23899-ABA

Douglas W. Meade                                                                Chapter 13

Suzanne E. Meade
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 2
Date Rcvd: Nov 10, 2020                       Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas W. Meade, Suzanne E. Meade, 44 Democrat Road, Mickleton, NJ 08056-1104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Nigro | on behalf of Debtor Douglas W. Meade jenkins.clayman@verizon.net |
| David Nigro | on behalf of Joint Debtor Suzanne E. Meade jenkins.clayman@verizon.net |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Joint Debtor Suzanne E. Meade jenkins.clayman@verizon.net  connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Debtor Douglas W. Meade jenkins.clayman@verizon.net  connor@jenkinsclayman.com |
| Isabel C. Balboa | |

District/off: 0312-1                                   User: admin                                    Page 2 of 2
Date Rcvd: Nov 10, 2020                            Form ID: pdf903                              Total Noticed: 1

                                             ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa

                                             on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.

                                             on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Joseph Gunnar Devine, Jr

                                             on behalf of Creditor M&T Bank jdevine@schillerknapp.com  kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Rebecca Ann Solarz

                                             on behalf of Creditor M&T Bank rsolarz@kmllawgroup.com

U.S. Trustee

                                             USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

                                             on behalf of Creditor Ford Motor Credit Company LLC mortoncraigecf@gmail.com  mortoncraigecf@gmail.com


TOTAL: 12