Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-23899 (ABA)**

Douglas W. Meade and Suzanne E. Meade  
44 Democrat Road  
Mickleton, NJ  08056

Monthly Payment: $2,056.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2020 | $800.00 | 02/07/2020 | $800.00 | 03/06/2020 | $1,356.00 | 04/06/2020 | $1,356.00 |
| 05/11/2020 | $2,040.00 | 06/04/2020 | $2,040.00 | 06/26/2020 | $2,040.00 | 07/28/2020 | $2,040.00 |
| 08/25/2020 | $2,040.00 | 10/02/2020 | $2,040.00 | 11/02/2020 | $2,040.00 | 11/30/2020 | $2,100.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DOUGLAS W. MEADE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,080.70 | $4,080.70 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $633.76 | $633.76 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP, LLC | 24 | $7,537.73 | $7,537.73 | $0.00 | $0.00 |
| 2 | SST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $11,985.30 | $685.75 | $11,299.55 | $0.00 |
| 4 | COMENITY BANK/VICTORIA SECRET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $355.21 | $355.21 | $0.00 | $0.00 |
| 6 | FREEDOM PLUS | 33 | $24,312.00 | $1,391.02 | $22,920.98 | $0.00 |
| 7 | M & T BANK | 24 | $1,979.58 | $1,979.58 | $0.00 | $0.00 |
| 8 | NAVY FEDERAL CREDIT UNION | 33 | $23,040.82 | $1,318.29 | $21,722.53 | $0.00 |
| 9 | TD BANK, N.A. | 33 | $16,189.41 | $926.28 | $15,263.13 | $0.00 |
| 10 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK, N.A. | 33 | $2,287.74 | $130.90 | $2,156.84 | $0.00 |
| 12 | DAVID NIGRO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SUZANNE E. MEADE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING, LLC | 33 | $8,639.83 | $494.33 | $8,145.50 | $0.00 |
| 16 | FORD MOTOR CREDIT COMPANY, LLC | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Case 19-23899-ABA    Doc 35    Filed 02/18/21    Entered 02/18/21 21:04:47    Desc Main
Document      Page 2 of 2

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 08/01/2019 | 8.00 | $0.00 |
| 04/01/2020 | Paid to Date | $7,512.00 |
| 05/01/2020 | 6.00 | $2,040.00 |
| 11/01/2020 | 45.00 | $2,056.00 |
| 08/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $20,692.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,923.60 |
| Arrearages: | ($28.00) |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**