Printed on: 12/31/2021                                                                                          Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 19-23899 (ABA)**

Monthly Payment: $2,056.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

Douglas W. Meade and Suzanne E. Meade
44 Democrat Road
Mickleton, NJ  08056

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2021 | $2,100.00 | 02/08/2021 | $2,100.00 | 03/08/2021 | $2,056.00 | 04/05/2021 | $2,100.00 |
| 05/03/2021 | $2,100.00 | 06/14/2021 | $2,100.00 | 07/09/2021 | $2,056.00 | 08/13/2021 | $2,056.00 |
| 09/09/2021 | $2,056.00 | 10/19/2021 | $2,056.00 | 11/15/2021 | $2,056.00 | 12/14/2021 | $2,056.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DOUGLAS W. MEADE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,080.70 | $4,080.70 | $0.00 | $4,080.70 |
| 0 | JENKINS & CLAYMAN | 13 | $633.76 | $633.76 | $0.00 | $633.76 |
| 1 | QUANTUM3 GROUP, LLC | 24 | $7,537.73 | $7,537.73 | $0.00 | $7,537.73 |
| 2 | SST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $11,985.30 | $3,852.29 | $8,133.01 | $685.75 |
| 4 | COMENITY BANK/VICTORIA SECRET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $355.21 | $355.21 | $0.00 | $355.21 |
| 6 | FREEDOM PLUS | 33 | $24,312.00 | $7,814.21 | $16,497.79 | $1,391.02 |
| 7 | M & T BANK | 24 | $1,979.58 | $1,979.58 | $0.00 | $1,979.58 |
| 8 | NAVY FEDERAL CREDIT UNION | 33 | $23,040.82 | $7,405.72 | $15,635.10 | $1,318.29 |
| 9 | TD BANK, N.A. | 33 | $16,189.41 | $5,203.50 | $10,985.91 | $926.28 |
| 10 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK, N.A. | 33 | $2,287.74 | $735.32 | $1,552.42 | $130.90 |
| 12 | DAVID NIGRO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SUZANNE E. MEADE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING, LLC | 33 | $8,639.83 | $2,776.96 | $5,862.87 | $494.33 |
| 16 | FORD MOTOR CREDIT COMPANY, LLC | 13 | $531.00 | $531.00 | $0.00 | $531.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 8.00 | $0.00 |
| 04/01/2020 | Paid to Date | $7,512.00 |
| 05/01/2020 | 6.00 | $2,040.00 |
| 11/01/2020 | 45.00 | $2,056.00 |
| 08/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $24,892.00 |
| Total paid to creditors this period: | $20,064.55 |
| Undistributed Funds on Hand: | $1,883.30 |
| Arrearages: | ($248.00) |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**