Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−23899−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas W. Meade
44 Democrat Road
Mickleton, NJ 08056

Suzanne E. Meade
aka Suzanne Minix
44 Democrat Road
Mickleton, NJ 08056

Social Security No.:
xxx−xx−2645

xxx−xx−2258

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 2, 2024.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 2, 2024
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 19-23899-ABA
Douglas W. Meade     Chapter 13
Suzanne E. Meade
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Feb 02, 2024     Form ID: 148     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas W. Meade, Suzanne E. Meade, 44 Democrat Road, Mickleton, NJ 08056-1104 |
| 518357129 | + | Aqua Finance, Inc, 2600 Pine Ridge Boulevard, Wausau, WI 54401-7800 |
| 518357133 | | Ford Motor Credit Company, PO Box, Omaha, NE 68154 |
| 518926127 | + | Ford Motor Credit Company, LLC, John R. Morton, Jr., Esquire, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 518445039 | + | M&T Bank, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518394240 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 518399875 | + | TD Bank, N.A., c/o Janelly Landa, Esq., 30 Montgomery Street , Suite 1205, Jersey City NJ 07302-3835 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 02 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 02 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518357130 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 02 2024 21:03:10 | Best Egg/SST, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 518357132 | + | EDI: WFNNB.COM | Feb 03 2024 01:43:00 | Comenity Bank/Victoria Secret, PO BOX 182789, Columbus, OH 43218-2789 |
| 518403492 | | Email/Text: EBNBKNOT@ford.com | Feb 02 2024 20:51:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 518407550 | | Email/Text: EBNBKNOT@ford.com | Feb 02 2024 20:51:00 | Ford Motor Credit Company, LLC, PO BOX 62180, COLORADO SPRINGS CO 80962-4400 |
| 518376693 | | Email/Text: bk@freedomfinancialnetwork.com | Feb 02 2024 20:50:00 | Freedom Financial Asset Management LLC, Po Box 2340, Phoenix, AZ 85002 |
| 518357134 | | Email/Text: bk@freedomfinancialnetwork.com | Feb 02 2024 20:50:00 | Freedom Plus, 1875 South Grant Street, San Mateo, CA 94402 |
| 518357131 | | EDI: JPMORGANCHASE | Feb 03 2024 01:43:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518393614 | + | Email/Text: RASEBN@raslg.com | Feb 02 2024 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518467521 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2024 21:04:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518449372 | | Email/Text: camanagement@mtb.com | Feb 02 2024 20:51:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 02, 2024 | Form ID: 148 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518357135 | | Email/Text: camanagement@mtb.com | Feb 02 2024 20:51:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 518372477 | + | EDI: NFCU.COM | Feb 03 2024 01:43:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 518357136 | + | EDI: NFCU.COM | Feb 03 2024 01:43:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 518416610 | | EDI: Q3G.COM | Feb 03 2024 01:43:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 518357137 | | EDI: TDBANKNORTH.COM | Feb 03 2024 01:43:00 | TD Bank N.A., 70 Gray Road, Portland, ME 04105 |
| 518357138 | + | EDI: WFFC2 | Feb 03 2024 01:43:00 | WF Bank, NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 518462632 | | EDI: WFFC2 | Feb 03 2024 01:43:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2024         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| David Nigro | on behalf of Debtor Douglas W. Meade jenkins.clayman@verizon.net |
| David Nigro | on behalf of Joint Debtor Suzanne E. Meade jenkins.clayman@verizon.net |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com   bkgroup@kmllawgroup.com |

District/off: 0312-1　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Feb 02, 2024　　　　　　　　　　　　Form ID: 148　　　　　　　　　　　　　　　　　Total Noticed: 26

| Name | Details |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Suzanne E. Meade mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor Douglas W. Meade mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor M&T Bank jdevine@tmppllc.com ecf@tmppllc.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T Bank phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Ford Motor Credit Company LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 13