Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-23899 (ABA)

Douglas W. Meade and Suzanne E. Meade  
44 Democrat Road  
Mickleton, NJ  08056

Monthly Payment: $2,056.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/20/2023 | $2,056.00 | 03/06/2023 | $2,056.00 | 04/14/2023 | $2,056.00 | 06/12/2023 | $2,056.00 |
| 07/14/2023 | $2,056.00 | 08/21/2023 | $2,056.00 | 09/18/2023 | $2,056.00 | 10/20/2023 | $2,056.00 |
| 12/12/2023 | $2,056.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DOUGLAS W. MEADE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS LAW GROUP | 13 | $4,080.70 | $4,080.70 | $0.00 | $0.00 |
| 0 | JENKINS LAW GROUP | 13 | $633.76 | $633.76 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP, LLC | 24 | $7,537.73 | $7,537.73 | $0.00 | $0.00 |
| 2 | SST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $11,985.30 | $9,305.91 | $2,679.39 | $2,321.80 |
| 4 | COMENITY BANK/VICTORIA SECRET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $355.21 | $355.21 | $0.00 | $0.00 |
| 6 | FREEDOM PLUS | 33 | $24,312.00 | $18,876.89 | $5,435.11 | $4,709.72 |
| 7 | M & T BANK | 24 | $1,979.58 | $1,979.58 | $0.00 | $0.00 |
| 8 | NAVY FEDERAL CREDIT UNION | 33 | $23,040.82 | $17,889.89 | $5,150.93 | $4,463.44 |
| 9 | TD BANK, N.A. | 33 | $16,189.41 | $12,570.21 | $3,619.20 | $3,136.27 |
| 10 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK, N.A. | 33 | $2,287.74 | $1,776.30 | $511.44 | $443.18 |
| 12 | DAVID NIGRO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SUZANNE E. MEADE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING, LLC | 33 | $8,639.83 | $6,708.34 | $1,931.49 | $1,673.74 |
| 16 | FORD MOTOR CREDIT COMPANY, LLC | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 08/01/2019 | 8.00 | $0.00 |
| 04/01/2020 | Paid to Date | $7,512.00 |
| 05/01/2020 | 6.00 | $2,040.00 |
| 11/01/2020 | 45.00 | $2,056.00 |
| 08/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $18,504.00 |
| Total paid to creditors this period: | $16,748.15 |
| Undistributed Funds on Hand: | $1,858.62 |
| Arrearages: | $7,976.00 |
| Attorney: | JENKINS LAW GROUP |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**