Form ntcrics − ntcreincsv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−23899−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Douglas W. Meade | Suzanne E. Meade |
| 44 Democrat Road | aka Suzanne Minix |
| Mickleton, NJ 08056 | 44 Democrat Road |
| | Mickleton, NJ 08056 |

Social Security No.:
 xxx−xx−2645                    xxx−xx−2258

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

   Notice is hereby given that an order vacating dismissal of this case was entered on 3/5/24. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

    The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: March 5, 2024
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-23899-ABA |
| Douglas W. Meade | Chapter 13 |
| Suzanne E. Meade | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 05, 2024 | Form ID: ntcrics | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas W. Meade, Suzanne E. Meade, 44 Democrat Road, Mickleton, NJ 08056-1104 |
| 518357129 | + | Aqua Finance, Inc, 2600 Pine Ridge Boulevard, Wausau, WI 54401-7800 |
| 518357133 | | Ford Motor Credit Company, PO Box, Omaha, NE 68154 |
| 518926127 | + | Ford Motor Credit Company, LLC, John R. Morton, Jr., Esquire, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 518445039 | + | M&T Bank, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518394240 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 518399875 | + | TD Bank, N.A., c/o Janelly Landa, Esq., 30 Montgomery Street , Suite 1205, Jersey City NJ 07302-3835 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 05 2024 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 05 2024 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518357130 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 05 2024 21:00:51 | Best Egg/SST, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 518357132 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 05 2024 20:56:00 | Comenity Bank/Victoria Secret, PO BOX 182789, Columbus, OH 43218-2789 |
| 518403492 | | Email/Text: EBNBKNOT@ford.com | Mar 05 2024 20:56:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 518407550 | | Email/Text: EBNBKNOT@ford.com | Mar 05 2024 20:56:00 | Ford Motor Credit Company, LLC, PO BOX 62180, COLORADO SPRINGS CO 80962-4400 |
| 518376693 | | Email/Text: bk@freedomfinancialnetwork.com | Mar 05 2024 20:54:00 | Freedom Financial Asset Management LLC, Po Box 2340, Phoenix, AZ 85002 |
| 518357134 | | Email/Text: bk@freedomfinancialnetwork.com | Mar 05 2024 20:54:00 | Freedom Plus, 1875 South Grant Street, San Mateo, CA 94402 |
| 518357131 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 05 2024 21:00:19 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518393614 | + | Email/Text: RASEBN@raslg.com | Mar 05 2024 20:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518467521 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2024 21:00:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518449372 | | Email/Text: camanagement@mtb.com | Mar 05 2024 20:56:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240 |

Case 19-23899-ABA   Doc 49   Filed 03/07/24   Entered 03/08/24 00:19:03   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 05, 2024 | Form ID: ntcrics | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 518357135 | | Email/Text: camanagement@mtb.com | Mar 05 2024 20:56:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 518372477 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 05 2024 20:56:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 518357136 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 05 2024 20:56:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 518416610 | | Email/Text: bnc-quantum@quantum3group.com | Mar 05 2024 20:56:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 518357137 | | Email/Text: bankruptcy@td.com | Mar 05 2024 20:56:00 | TD Bank N.A., 70 Gray Road, Portland, ME 04105 |
| 518357138 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 05 2024 21:11:35 | WF Bank, NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 518462632 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 05 2024 21:00:53 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| David Nigro | on behalf of Debtor Douglas W. Meade jenkins.clayman@verizon.net |
| David Nigro | on behalf of Joint Debtor Suzanne E. Meade jenkins.clayman@verizon.net |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-1     User: admin     Page 3 of 3
Date Rcvd: Mar 05, 2024     Form ID: ntcrics     Total Noticed: 26

Isabel C. Balboa
   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jeffrey E. Jenkins
   on behalf of Joint Debtor Suzanne E. Meade mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net

Jeffrey E. Jenkins
   on behalf of Debtor Douglas W. Meade mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net

John R. Morton, Jr.
   on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Joseph Gunnar Devine, Jr
   on behalf of Creditor M&T Bank jdevine@tmppllc.com ecf@tmppllc.com

Phillip Andrew Raymond
   on behalf of Creditor M&T Bank phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
   on behalf of Creditor Ford Motor Credit Company LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 13