Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                      Case No.: 19–23899–ABA
                                      Chapter: 13
                                      Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Douglas W. Meade | Suzanne E. Meade |
| --- | --- |
| 44 Democrat Road | aka Suzanne Minix |
| Mickleton, NJ 08056 | 44 Democrat Road |
|  | Mickleton, NJ 08056 |

Social Security No.:
  xxx–xx–2645                                          xxx–xx–2258

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 6, 2024</u>                       <u>Andrew B. Altenburg Jr.</u>
                                                      Judge, United States Bankruptcy Court